MCGREGOR W. SCOTT
United States Attorney
STEPHANIE M. STOKMAN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.  1:20-MJ-00129-EPG |
|---|---|
| Plaintiff, | STIPULATION FOR EXTENSION OF TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d) AND EXCLUSION OF TIME |
| v. | |
| KENNETH BASH et al., | DATE: December 4, 2020 |
| Defendants. | TIME: 2:00 p.m. |
| | COURT: Hon. Sheila K. Oberto |

Plaintiff United States of America, by and through its attorney of record, Assistant United States Attorney STEPHANIE M. STOKMAN, and defendant Todd MORGAN, both individually and by and through defendant's counsel of record, hereby stipulate as follows:

1.      The Complaint in this case was filed on or about November 17, 2020, and defendants first appeared before a judicial officer of the Court in which the charges in this case were pending on November 20, 2020. The court set a preliminary hearing date of December 4, 2020.

2.      By this stipulation, the parties jointly move for an extension of time of the preliminary hearing date to December 18, 2020, at 2:00 p.m., before the duty Magistrate Judge, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure. The parties stipulate that the delay is required to allow for the government's continuing investigation of the case. The parties further agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

1

3.     The parties agree that good cause exists for the extension of time, and that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases. Therefore, the parties request that the time between December 4, 2020, and December 18, 2020, be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

IT IS SO STIPULATED.


Dated:  November 30, 2020                    MCGREGOR W. SCOTT
                                             United States Attorney


                                             /s/ STEPHANIE M. STOKMAN
                                             STEPHANIE M. STOKMAN
                                             Assistant United States Attorney


Dated:  November 30, 2020                    /s/ Marc Days
                                             MARC DAYS
                                             Counsel for Defendant
                                             Todd Morgan

McGREGOR W. SCOTT
United States Attorney
STEPHANIE M. STOKMAN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:  (559) 497-4000
Facsimile:   (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>         v.<br><br>KENNETH BASH ET AL.,<br><br>                Defendants. | CASE NO.  1:20-MJ-00129-EPG<br><br>FINDINGS AND ORDER EXTENDING TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d) AND EXCLUDING TIME<br><br>DATE: December 4, 2020<br>TIME: 2:00 p.m.<br>COURT: Hon. Sheila K. Oberto |

The Court has read and considered the Stipulation for Extension of Time for Preliminary Hearing Pursuant to Rule 5.1(d) and Exclusion of Time, filed by the parties in this matter on November 27, 2020. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates good cause for an extension of time for the preliminary hearing date pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure.

Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).  The Court further finds that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases.

THEREFORE, FOR GOOD CAUSE SHOWN:

1.     The date of the preliminary hearing is extended to December 18, 2020, at 2:00 p.m.

2.     The time between December 4, 2020, and December 18, 2020, shall be excluded from

calculation pursuant to 18 U.S.C. § 3161(h)(7)(A).

        3.      Defendants shall appear at December 18, 2020, at 2:00 p.m. before the duty Magistrate Judge.

IT IS SO ORDERED.

Dated:   **November 30, 2020**           /s/ *Sheila K. Oberto*

                                        UNITED STATES MAGISTRATE JUDGE